# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **GAMMA CONSTRUCTION CO., INC.** | **CASE NO. 6:18-CV-00761** |
| **VERSUS** | **JUDGE JUNEAU** |
| **FRANK'S INTERNATIONAL, LLC** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including Third Party Defendant Gulf Coast Woodworks's objections and Third Party Plaintiff Frank's International's response, this Court concludes that the Magistrate Judge's report and recommendation, Rec. Doc. 72, is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Gulf Coast Woodworks's Motion to Dismiss, Rec. Doc. 64, is **DENIED**. The Alternative Motion to Stay, along with the Motion for Sanctions in the form of attorney fees, Rec. Docs. 64, 74, are likewise **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 5th day of January, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE